**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
ELIZABETH WILLIAMS, ESQ. SBN 92374
ewilliams@kdvglaw.com
KATHERINE S. CATLOS, ESQ. SBN 184227
kcatlos@kdvglaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0679

Attorneys for Defendant
HARDER MECHANICAL CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA TERRELL, | Case No.: CV 10 1080 EMC |
| Plaintiff, | ACTION FILED:  March 12, 2010 |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1** ; ORDER |
| HARDER MECHANICAL CONTRACTORS INC., a corporation, FLOUR CONSTRUCTION, a corporation, and GENE ARCENEAUX, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Linda Terrell (Plaintiff")

and Defendant Harder Mechanical Contractors, Inc. ("Defendant"), through their counsel

and pursuant to Local Rule 6-1, that Defendant shall have until May 24, 2010 to answer

or otherwise respond to Plaintiff's complaint.

///

IT IS SO STIPULATED.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**PAGE 1**
**CASE NO. CV 101080 EMC**

DATED:  May 20, 2010

**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**

/s/ Elizabeth Williams
_____

Elizabeth Williams
Attorneys for Defendant
HARDER MECHANICAL CONTRACTORS, INC.

DATED:  May 20, 2010

**MURRAY & ASSOCIATES**

/s/ Lawrence D. Murray
_____

Lawrence D. Murray
Attorneys for Plaintiff
LINDA TERRELL

IT IS SO ORDERED

_____
Edward M. Chen
U. S. Magistrate
Judge

ND: 4813-7281-9718,

