UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA TERRELL

           Plaintiff(s),

v.

HARDER MECHANICAL
CONTRACTORS, FLUOR
CONSTRUCTION, et al.
           Defendant(s).

CASE NO. CV 10-1080 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

- [x] Private ADR *(please identify process and provider)* Parties will choose mutually acceptable priviate mediator.

The parties agree to hold the ADR session by:

- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- [x] other requested deadline 05/16/2011 with parties to discuss process earlier.

Dated: 06/14/2010

/s/ Lawrence Murray
Attorney for Plaintiff
Lawrence D. Murray

Dated: 06/14/2010

/s/ Leslie Wallis
Attorney for Defendant
Leslie E. Wallis for Fluor Constructors Intern'l Inc.

NDC-ADR6

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session
- [ ] 90 days from the date of this order.
- [X] other __5/16/11__

IT IS SO ORDERED.

Dated: __6/15/2010__

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE