LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 S. Hope Str., Suite 1200
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendant
FLUOR CONSTRUCTORS INTERNATIONAL, INC. AND
GENE ARCENEAUX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>             Plaintiff,<br><br>     v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, a corporation, and GENE ARCENEAUX, an individual,<br><br>             Defendants. | Case No. CV 10-1080 CW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 AND ORDER THEREON**<br><br>Trial Date:   July 11, 2011 |

1    IT IS HEREBY STIPULATED, by and between Plaintiff Linda Terrell ("Plaintiff") and Defendant Eugene Arceneaux ("Defendant"), through their counsel and pursuant to Local Rule 6-1, that Defendant shall have until August 16, 2010 to answer or otherwise respond to Plaintiff's complaint.

   IT IS SO STIPULATED.

DATED:  August 2, 2010                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                           By:  /s/ Lori A. Bowman
                                                Lori A. Bowman
                                           Attorneys for Defendant
                                           FLUOR CONSTRUCTORS INTERNATIONAL, INC. (improperly sued as FLOUR CONSTRUCTION) AND GENE ARCENEAUX


DATED:  August 2, 2010                     MURRAY & ASSOCIATES


                                           By:  /s/ Lawrence D. Murray
                                                Lawrence D. Murray
                                           Attorneys for Plaintiff
                                           LINDA TERRELL


**IT IS SO ORDERED:**

DATED:  8/4/2010


                                           _____
                                           Honorable Claudia Wilken

1                                    CASE NO. CV 10-1080 CW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 AND ORDER THEREON

8961753_2