IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARDER MECHANICAL CONTRACTORS INC, FLOUR CONSTRUCTION, and GENE ARCENEAUX,<br><br>　　　　Defendants.　　　　　　／ | No. 10-01080 CW<br><br>ORDER ENFORCING CASE MANAGEMENT ORDER FOR MEDIATION |

　　This Court's case management order of June 22, 2010 required the parties to engage in mediation on this matter by September 22, 2010.  Docket No. 30.  To this date, the parties have not complied with the order for mediation, and have failed to agree upon a mediator.  The parties are ordered to participate in mediation with Charlotte Venner as soon as possible, but not later than December 20, 2010.

　　IT IS SO ORDERED.

Dated: **10/26/2010**

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge