LORI A. BOWMAN CA Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS CA Bar No. 128435
leslie.wallis@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213.239.9800
Facsimile:      213.239.9045

Attorneys for Defendants
FLUOR CONSTRUCTORS INTERNATIONAL, INC.
and GENE ARCENEAUX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, an corporation, and GENE ARCENEAUX, an individual,<br><br>　　　　Defendants. | Case No. CV 10-1080 CW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES AND REPORTS OF EXPERT WITNESSES**<br><br>Complaint Filed:　March 12, 2010<br>Trial Date:　　　　July 11, 2011<br>Judge:　　　　　　Hon. Claudia Wilken<br>　　　　　　　(Ctrm. 2, 4th Floor, Oakland) |

　　　　WHEREAS, pursuant to the Court's Minute Order and Case Management Order dated June 22, 2010, the last day to identify experts and exchange expert reports is January 14, 2011 and the last day to identify rebuttal experts and exchange rebuttal expert reports is January 28, 2011; and

　　　　WHEREAS, the parties to the action filed by Plaintiff Linda Terrell ("Plaintiff") continue to engage in discovery and are meeting and conferring concerning various discovery issues, including expert discovery, and

　　　　WHEREAS, the parties are engaging in a private mediation with Charlotte Venner on December 11, 2010;

1  WHEREAS, the parties wish to extend the dates for identifying experts and exchanging expert reports so that the mediation can be completed prior to having to retain expert witnesses; and

WHEREAS, the parties have agreed to extend the last dates to identify experts and exchange expert reports for three weeks to February 4, 2011 and to extend the last day to identify rebuttal experts and exchange rebuttal expert reports to February 18, 2011.

The parties are not requesting that any other dates in this matter be extended at this time.

NOW, THEREFORE, Plaintiff Linda Terrell and defendants Harder Mechanical Contractors, Inc., Fluor Constructors International, Inc., and Gene Arceneaux, through their respective counsel and pursuant to Local Rule 6-2, agree to the following schedule with respect to expert discovery:

1. Disclosure of identities and reports of expert witnesses: 2/4/2011

2. Disclosure of rebuttal experts: 2/18/2011

3. All other dates shall remain the same

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED: December 1, 2010          MURRAY & ASSOCIATES


By: _____
Lawrence D. Murray
John F. Henning III
Attorneys for Plaintiff Linda Terrell

DATED: December 1, 2010          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____
Lori A. Bowman
Leslie E. Wallis
Attorneys for Defendants FLUOR CONSTRUCTORS INTERNATIONAL, INC. and GENE ARCENEAUX

DATED: December 1, 2010

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
Elizabeth Williams
Pamela Woodside
Attorneys for Defendant HARDER MECHANICAL CONTRACTORS, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge Claudia A. Wilken

1      WHEREAS, the parties wish to extend the dates for identifying experts and exchanging
2  expert reports so that the mediation can be completed prior to having to retain expert witnesses;
3  and
4      WHEREAS, the parties have agreed to extend the last dates to identify experts and
5  exchange expert reports for three weeks to February 4, 2011 and to extend the last day to identify
6  rebuttal experts and exchange rebuttal expert reports to February 18, 2011.
7      The parties are not requesting that any other dates in this matter be extended at this time.
8      NOW, THEREFORE, Plaintiff Linda Terrell and defendants Harder Mechanical
9  Contractors, Inc., Fluor Constructors International, Inc., and Gene Arceneaux, through their
10 respective counsel and pursuant to Local Rule 6-2, agree to the following schedule with respect
11 to expert discovery:
12     1.   Disclosure of identities and reports of expert witnesses: 2/4/2011
13     2.   Disclosure of rebuttal experts: 2/18/2011
14     3.   All other dates shall remain the same
15     IT IS SO STIPULATED ON THE DATES INDICATED BELOW.
16 DATED: December 1, 2010                              MURRAY & ASSOCIATES

19                                                     By: _____
                                                       Lawrence D. Murray
20                                                     John F. Henning III
                                                       Attorneys for Plaintiff Linda Terrell

22 DATED: December 1, 2010                             OGLETREE, DEAKINS, NASH, SMOAK &
                                                       STEWART, P.C.

25                                                     By: _____
                                                       Lori A. Bowman
26                                                     Leslie E. Wallis
                                                       Attorneys for Defendants FLUOR
27                                                     CONSTRUCTORS INTERNATIONAL,
                                                       INC. and GENE ARCENEAUX
28
                                         2                         Case No. CV 10-1080
                                                                                    CW
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES
                     AND REPORTS OF EXPERT WITNESSES

9502403_1.DOC

| | | |
|---|---|---|
| 2 | DATED: December 1, 2010 | KAUFMAN DOLOWICH VOLUCK & GONZO LLP |

By: _____
Elizabeth Williams
Pamela Woodside
Attorneys for Defendant HARDER
MECHANICAL CONTRACTORS, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: **12/6/2010**

_____
Judge Claudia A. Wilken

Case No. CV 10-1080 CW
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES AND REPORTS OF EXPERT WITNESSES