UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL,<br><br>   Plaintiff,<br><br> v.<br><br>HARDER MECHANICAL CONTRACTORS INC ET AL,<br><br>   Defendants. | No. C-10-01080 CW (DMR)<br><br>**ORDER RE EXCESS PAGES** |

  The Court is in receipt of the Declaration of Lori A. Bowman In Support of Letter Brief ("Declaration") to Magistrate Judge Donna M. Ryu and Exhibits A-K thereto. *See* Docket Nos. 57-1, 57-2, 57-3, 57-4, and 57-5. The Declaration and exhibits exceed the page limit set forth in the Court's December 21, 2010 Notice of Reference and Order Re Discovery Procedures. *See* Docket No. 56.

  **The Court hereby instructs the Clerk to remove Docket No. 57-1, 57-2, 57-3, 57-4, and 57-5, filed on January 5, 2011, from ECF.** If the Court determines that further information from the parties is necessary for resolution of the disputes, the Court will order the parties to submit additional information, in accordance with the December 21, 2010 Notice of Reference and Order Re Discovery Procedures.

  IT IS SO ORDERED.

Dated: January 6, 2011



_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California