United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL,<br><br>    Plaintiff,<br><br>v.<br><br>HARDER MECHANICAL CONTRACTORS INC., ET AL,<br><br>    Defendants.<br>_____/ | No. C-10-01080 CW (DMR)<br><br>**NOTICE AND ORDER SETTING PHONE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery disputes. *See* Docket No. 57. IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic conference with the undersigned on **January 19, 2011 at 1:30 p.m.** Counsel for Defendants Fluor Construction and Gene Arceneaux shall initiate the three-way conference call to the Court as follows: (1) by first calling counsel for Plaintiff Linda Terrell; and then (2) with all counsel on the line, calling the Court at 510-637-2156 five minutes prior to the scheduled start time.

IT IS SO ORDERED.

Dated: January 12, 2011

                                                DONNA M. RYU
                                                United States Magistrate Judge