UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>             Plaintiff,<br><br>    v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, an corporation, and GENE ARCENEAUX, an individual,<br><br>             Defendants. | Case No. CV 10-1080 CW (DMR)<br><br>**ORDER DENYING DEFENDANT FLUOR CONSTRUCTORS INTERNATIONAL, INC.'S AND DEFENDANT GENE ARCENEAUX'S EX PARTE APPLICATION EXTENDING TIME TO DISCLOSE IDENTITIES AND REPORTS OF EXPERT WITNESSES**<br><br>Complaint Filed: March 12, 2010<br>Trial Date:        July 11, 2011<br>Judge:              Hon. Claudia Wilken<br>                       (Ctrm. 2, 4th Floor, Oakland) |

[Proposed] Order Granting

**DENYING**

[~~PROPOSED~~] ORDER ~~GRANTING~~ *EX PARTE* APPLICATION EXTENDING TIME TO DISCLOSE IDENTITIES AND REPORTS OF EXPERT WITNESSES

Case No. CV 10-1080 CW

1  The Court, having considered the *ex parte* application of Defendants Fluor
2  Constructors International, Inc. and Gene Arceneaux (collectively, "Defendants") for an
3  extension of time to disclose the identities and reports of expert witnesses and rebuttal
4  witnesses, and finding good cause therefore,

5  IT IS HEREBY ORDERED **that the motion is denied without prejusice to**
6  **filing a proper motion under L.R. 7-11, or a stipulation.  Note that the trial date may**
7  **be continued only to a date that the Court has available for trials.**

9  IT IS SO ORDERED.

11 Dated: _____1/14/2011_____   _____
12                                           Honorable Claudia Wilken
                                             United States District Court Judge

[Proposed] Order Granting

28

**DENYING**                  2                Case No. CV 10-1080 CW
[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION EXTENDING TIME TO DISCLOSE
IDENTITIES AND REPORTS OF EXPERT WITNESSES