LORI A. BOWMAN CA Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS CA Bar No. 128435
leslie.wallis@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:     213.239.9045

Attorneys for Defendants
FLUOR CONSTRUCTORS INTERNATIONAL, INC.
and GENE ARCENEAUX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL<br><br>          Plaintiff,<br><br>     v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, an corporation, and GENE ARCENEAUX, an individual,<br><br>          Defendants. | Case No. CV 10-1080 CW (DMR)<br><br>**STIPULATED REQUEST AND  ORDER MODIFYING THE CASE SCHEDULE**<br><br>Complaint Filed:  March 12, 2010<br>Trial Date:          July 11, 2011<br>Judge:                Hon. Claudia Wilken<br>                           (Ctrm. 2, 4th Floor, Oakland) |

WHEREAS, pursuant to the Court's Minute Order and Case Management Order dated June 22, 2010, the Court set January 14, 2011 as the last day to identify experts and exchange expert reports and set January 28, 2011 as the last day to identify rebuttal experts and exchange rebuttal expert reports; and

WHEREAS, on December 1, 2010, the parties to the action filed by Plaintiff Linda Terrell ("Plaintiff") submitted a Stipulated Request (Dkt. 45) to the Court to extend the last day to identify experts and exchange expert reports to February 4, 2011 and to extend the last day to identify rebuttal experts and exchange rebuttal expert reports to February 18, 2011; and

WHEREAS, the Court approved the parties' Stipulated Request by an Order (Dkt.

x-rimdevice
Stipulated

1  47) issued on December 6, 2010; and

2  WHEREAS, the parties continue to engage in discovery, including expert
3  discovery; and

4  WHEREAS, Plaintiff and Defendants Fluor Constructors International, Inc.
5  ("FCII") and Gene Arceneaux (collectively, "Defendants") have several outstanding
6  discovery disputes, including disputes concerning expert discovery, that are the subject of
7  a joint letter brief (Dkt. 57) submitted to Magistrate Judge Donna M. Ryu on January 5,
8  2011 and scheduled for telephonic hearing on January 19, 2011; and

9  WHEREAS, there is currently no timeline for the resolution of the discovery
10 issues presently before Magistrate Judge Ryu and the Court may request additional
11 briefing on the discovery issues; and

12 WHEREAS, counsel for Defendants FCII and Arceneaux filed an *ex parte*
13 application to continue the last date for identifying experts and exchanging expert reports
14 so that the discovery disputes presently before Magistrate Judge Ryu could be resolved
15 prior to the deadline for exchanging expert reports; and

16 WHEREAS, Plaintiff responded to FCII's and Arceneaux's *ex parte* application
17 and stated that Plaintiff's position is that all pertinent deadlines, such as the deadlines for
18 expert disclosures, the completion of expert and fact discovery, and the trial date, should
19 be continued for at least 45 days; and

20 WHEREAS, the Court denied FCII's and Arceneaux's *ex parte* application
21 without prejudice to filing a stipulation and noted that the trial date may be continued
22 only to a date that the Court has available for trials; and

23 WHEREAS, after reviewing the Court's availability for alternate trial dates, and
24 accounting for dates on which counsel for the parties have previously scheduled trials, all
25 parties agreed upon a schedule that continues all deadlines in this action, including the
26 dates for the disclosure of expert reports and identification of experts, the completion of
27 expert and fact discovery, the last day for dispositive motions to be heard, the date for the

28

x-rimdevice
Stipulated

final pre-trial conference, and the date for trial as follows:

NOW, THEREFORE, Plaintiff Linda Terrell and defendants Harder Mechanical Contractors, Inc., Fluor Constructors International, Inc., and Gene Arceneaux, through their respective counsel and pursuant to Local Rule 6-2, agree to the following schedule:

1. Disclosure of identities and reports of expert witnesses: April 15, 2011;

2. Disclosure of rebuttal experts: April 29, 2011;

3. Last day for dispositive motions to be heard and date for further case management conference whether or not dispositive motions are filed (or on whatever date dispositive motions are set): June 2, 2011;

4. Completion of fact discovery: June 2, 2011;

5. Completion of expert discovery: August 24, 2011;

6. Final Pre-Trial Conference: September 27, 2011;

7. Commencement of trial: October 11, 2011.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED: January 19, 2011                    MURRAY & ASSOCIATES


By: _____
Lawrence D. Murray
John F. Henning III
Attorneys for Plaintiff Linda Terrell

DATED: January 19, 2011                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____
Lori A. Bowman
Leslie E. Wallis
Attorneys for Defendants FLUOR CONSTRUCTORS INTERNATIONAL, INC. and GENE ARCENEAUX

Case No. CV 10-1080 CW

3

STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING THE CASE SCHEDULE

DATED: January 19, 2011            KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
Elizabeth Williams
Pamela Woodside
Attorneys for Defendant HARDER MECHANICAL CONTRACTORS, INC.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED, **except that trial will begin on October 3, 2011.**

Dated: **1/24/2011**

_____
Judge Claudia A. Wilken