UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL, | No. C-10-01080 CW  (DMR) |
| Plaintiff, | **ORDER RE REDACTED PSYCHOLOGICAL RECORDS** |
| v. | |
| HARDER MECHANICAL CONTRACTORS INC ET AL, | |
| Defendants. _____/ | |

The Court is in receipt of the unredacted and redacted versions of Plaintiff Linda Terrell's psychological/psychiatric records that were submitted to the Court for *in camera* review, as ordered by the Court's January 19, 2011 Order re Defendants' Motion for Rule 35 Exams, Production of Records, and Further Deposition of Plaintiff. *See* Docket No. 68.

Following an *in camera* review of documents labeled PLA000126-176, the Court concludes that the redactions were largely appropriate. However, the Court orders the following revisions to the redactions of the records:

On each page where the conditions "Headache," "GERD," and "Constipation" appear, Plaintiff shall un-redact the condition and any corresponding information (i.e. date); and

On pages PLA000129 and PLA000131, Plaintiff shall un-redact the list of current medications/outpatient prescriptions in full.

Plaintiff shall produce all documents containing the revised redactions to Defendants by **no later than January 31, 2011.**

IT IS SO ORDERED.

Dated: January 25, 2011



_____
DONNA M. RYU
United States Magistrate Judge