UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL,<br><br>        Plaintiff,<br><br>   v.<br><br>HARDER MECHANICAL CONTRACTORS INC ET AL,<br><br>        Defendants.<br>_____/ | No. C-10-01080 CW (DMR)<br><br>**ORDER TO MEET AND CONFER RE DEFENDANTS MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

       The Court is in receipt of Defendants Fluor Construction and Gene Arceneaux' Motion for Leave to File Motion for Reconsideration of the Court's January 19, 2011 Order. *See* Docket No. 75. It appears that the parties have not adequately engaged in thorough and meaningful meet and confer proceedings regarding the issues presented in Defendants' Motion, as required by this Court's February 22, 2011 Standing Order (available at http://www.cand.uscourts.gov). Therefore, the parties are ordered to meet and confer regarding the dispute. If a dispute remains after the parties have met and conferred, the parties shall submit the dispute to the Court for resolution pursuant to the procedure described in the February 22, 2011 Standing Order.

       IT IS SO ORDERED.

Dated: February 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge