LORI A. BOWMAN CA Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS CA Bar No. 128435
leslie.wallis@ogletreedeakins.com
ALEX SANTANA Bar No. 252934
alex.santana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendants
FLUOR CONSTRUCTORS INTERNATIONAL, INC.
and GENE ARCENEAUX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL<br><br>    Plaintiff,<br><br>v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, an corporation, and GENE ARCENEAUX, an individual,<br><br>    Defendants. | Case No. CV 10-1080 CW (DMR)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES AND REPORTS OF EXPERT WITNESSES**<br><br>Complaint Filed: March 12, 2010<br>Trial Date:          October 3, 2011<br>Judge:                Hon. Claudia Wilken<br>(Ctrm. 2, 4th Floor, Oakland) |

WHEREAS, pursuant to the Court's Minute Order and Case Management Order dated June 22, 2010, the Court set January 14, 2011 as the last day to identify experts and exchange expert reports and set January 28, 2011 as the last day to identify rebuttal experts and exchange rebuttal expert reports; and

WHEREAS, on December 6, 2010, the Court approved the parties' Stipulated Request to extend the last day to identify experts and exchange expert reports to February 4, 2011 and to extend the last day to identify rebuttal experts and exchange rebuttal expert reports to February 18, 2011; and

9973738_3.DOC

Case No. CV 10-1080 CW
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES AND REPORTS OF EXPERT WITNESSES

1  WHEREAS, on January 24, 2011, the Court approved the parties' Stipulated Request to
2  the Court to extend various dates, including the date to identify experts and exchange expert
3  reports to April 15, 2011 and to extend the last day to identify rebuttal experts and exchange
4  rebuttal expert reports to April 29, 2011; and

5  WHEREAS, Plaintiff and Defendants Fluor Constructors International, Inc. ("FCII") and
6  Gene Arceneaux (collectively, "Defendants") presented several discovery disputes, including
7  disputes concerning expert discovery, in a joint letter brief to Magistrate Judge Ryu on January
8  5, 2011; and

9  WHEREAS, on January 19, 2011, Magistrate Judge Ryu issued an Order (Dkt. 68)
10 granting the request of Defendants FCII and Arceneaux to have Plaintiff submit to a mental
11 examination pursuant to Federal Rule of Civil Procedure, Rule 35; and

12 WHEREAS, all Defendants, including Harder Mechanical Contractors, Inc. ("Harder"),
13 are meeting and conferring with Plaintiff on whether Defendant Harder is entitled to a separate
14 mental examination with their own experts; and

15 WHEREAS, the parties intend to submit the dispute to Magistrate Judge Ryu through
16 joint letter brief(s); and

17 WHEREAS, the parties wish to extend the dates for identifying experts and exchanging
18 expert reports so that the discovery disputes that will be presented to Magistrate Judge Ryu may
19 be resolved and so that the parties will have sufficient time to complete any examinations before
20 the date for exchanging expert reports; and

21 WHEREAS, the parties have agreed to extend the last dates to identify experts and
22 exchange expert reports to the later of May 6, 2011 or twenty-one (21) days after Magistrate
23 Judge Ryu enters the order(s) relating to the above-referenced dispute; and

24 \\
25 \\
26
27
28

9973738_3.DOC

Case No. CV 10-1080
CW
2
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES
AND REPORTS OF EXPERT WITNESSES

1  WHEREAS, the parties have agreed to extend the last day to identify rebuttal experts and
2  exchange rebuttal expert reports to the later of May 20, 2011 or fourteen (14) days from the date
3  the parties identify experts and exchange expert reports.
4  The parties are not requesting that any other dates in this matter be extended at this time.
5  NOW, THEREFORE, Plaintiff Linda Terrell and defendants Harder Mechanical Contractors,
6  Inc., Fluor Constructors International, Inc., and Gene Arceneaux, through their respective
7  counsel and pursuant to Local Rule 6-2, agree to the following schedule with respect to expert
8  discovery:

9  1.  Disclosure of identities and reports of expert witnesses: The later of May 6, 2011
10 or twenty-one (21) days after Magistrate Judge Ryu enters an order(s) relating to the
11 currently pending discovery disputes;

12 2.  Disclosure of rebuttal experts: The later of May 20, 2011 of fourteen (14) days
13 from the date the parties identify experts and exchange expert reports;

14 3.  All other dates shall remain the same.

15 IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

16 DATED: March 16, 2011                    MURRAY & ASSOCIATES

By: _____
Lawrence D. Murray
John F. Henning III
Attorneys for Plaintiff Linda Terrell

DATED: March 16, 2011                    OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.

By: _____
Lori A. Bowman
Leslie E. Wallis
Attorneys for Defendants FLUOR
CONSTRUCTORS INTERNATIONAL,
INC. and GENE ARCENEAUX

Case No. CV 10-1080 CW

3

STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE IDENTITIES
AND REPORTS OF EXPERT WITNESSES

DATED: March 16, 2011

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: /s/ Pamela E. Woodside
Elizabeth Williams
Pamela Woodside
Attorneys for Defendant HARDER MECHANICAL CONTRACTORS, INC.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 3/31/2011

/s/ Claudia Wilken
Judge Claudia A. Wilken