IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>    Plaintiff,<br><br>  v.<br><br>HARDER MECHANICAL CONTRACTORS, INC., a corporation; FLUOR CONSTRUCTION, a corporation; and GENE ARCENEAUX, an individual,<br><br>    Defendants.<br>_____/ | No. C 10-01080 CW<br><br>ORDER REGARDING BRIEFING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Docket No. 94, 97 & 107) |

    On April 28, 2011 Defendant Fluor Construction moved for summary judgement as to Plaintiff Linda Terrell's complaint or, in the alternative, partial summary judgment.  Docket No. 94.  On the same day, Gene Arceneaux, a former Fluor Construction employee accused of harassment in the present action, moved for summary judgment or, in the alternative, partial summary judgment on Terrell's claims.  Docket Nos. 97.  Fluor Construction and Arceneaux share the same counsel.  On April 28, 2011 Harder Mechanical Contractors also moved for summary judgment on Terrell's action or, in the alternative, summary adjudication.  Docket No. 107.  All three motions were noticed for hearing on June 2, 2011.

    Pursuant to Federal Rule of Civil Procedure 42(a)(3), the Court issues the following order to streamline briefing on these pending motions.  Terrell shall file a single opposition brief, not to exceed forty pages, addressing Fluor's, Arceneaux's and Harder's motions for summary judgment.  If Fluor Construction and Arceneaux

both wish to reply to Terrell's opposition, they shall reply jointly in a single brief, not to exceed twenty-pages.  If Harder wishes to submit a reply brief to Terrell's opposition, it shall do so in a separate brief.

This order does not alter hearing date or deadlines for when the parties' respective briefs are due.  Nor does this order alter briefing related to Arceneaux's motion for summary judgment on Harder's cross claim, which was also filed on April 28, 2011.

IT IS SO ORDERED.

Dated: 5/3/2011

CLAUDIA WILKEN
United States District Judge