LORI A. BOWMAN CA Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS CA Bar No. 128435
leslie.wallis@ogletreedeakins.com
ALEX SANTANA, CA Bar No. 252934
alex.santana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:     213.239.9045

Attorneys for Defendants
FLUOR CONSTRUCTORS INTERNATIONAL, INC.
and GENE ARCENEAUX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, an corporation, and GENE ARCENEAUX, an individual,<br><br>　　　　Defendants. | Case No. CV 10-1080 CW (DMR)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION MOVING HEARING DATE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE FROM JUNE 9, 2011 TO JUNE 23, 2011 (DOCKET NO. 122)**<br><br>Complaint Filed: March 12, 2010<br>Trial Date:　　　July 11, 2011<br>Judge:　　　　　Hon. Claudia Wilken<br>　　　　　　　(Ctrm. 2, 4th Floor, Oakland) |

Terrell. Order re Ex Parte Application

Case No. CV 10-1080 CW
EX PARTE APPLICATION MOVING HEARING DATE FOR PENDING MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND CMC FROM JUNE 9, 2011 TO JUNE 23, 2011

Defendants Fluor Constructors International, Inc. ("FCII") and Gene Arceneaux (collectively, "Defendants"), hereby apply to the Court *ex parte* for an Order moving the hearing date for all pending motions and the case management conference currently set to be heard on June 9, 2011 to June 23, 2011.  All parties are available on June 23, 2011 and there is **no opposition** to Defendants' request to move the date of the hearing.  Defendants are not requesting any changes to the briefing schedule for any of the motions or the date of filing of the case management conference statement.  Defendants are only requesting a change of the hearing date due to conflicts which do not permit Defendants' counsel to attend the hearing on June 9, 2011.

The relief requested by this application is appropriately sought on an *ex parte* basis pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1).  The undersigned counsel has advised counsel for all other parties in this action that such an *ex parte* request will be made to this Court due to scheduling conflicts by counsel for Defendants.  Defendants are not available for the hearing on June 9, 2011. both lead counsel have scheduling conflicts.  Lori Bowman will be out of the state and Leslie Wallis must be in Los Angeles on that date.  (See Declaration of Leslie E. Wallis ("Wallis Dec.") ¶ 3)

On May 6, 2011, the Court moved the hearing date on the three motions for summary judgment filed against Plaintiff from June 2, 2011 to June 9, 2011.  (Dkt. 119)  On the morning of May 9, 2011, the Court issued an order moving the hearing on the remaining motion for partial summary judgment filed by Defendants against Defendant Harder Mechanical and moved the Case Management Conference to June 9, 2011 as well.  (Dkt 121)

Upon receipt of the court's orders, Counsel for Defendants checked the court's calendar in light of Counsels' unavailability on the new hearing date.  The court's on-line calendar showed the first available date for hearing the summary judgment motion after June 9 was June 23  (Wallis Dec. ¶ 4)  Therefore, on  May 9, 2011, counsel for Defendants notified counsel for Plaintiff and counsel for Harder of the calendaring

Terrell. Order re Ex Parte Application

2   Case No. CV 10-1080 CW
ORDER GRANTING EX PARTE APPLICATION MOVING HEARING DATE FOR PENDING MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND CMC FROM JUNE 9, 2011 TO JUNE 23, 2011

1 conflicts and the need to continue the hearing date and asked whether they were available
2 on June 23, advising them that this date was available on the court's on-line calendar.
3 Both counsel responded that they were available on June 23, 2011. (Wallis Dec. ¶¶ 4-5)

4      Counsel for Defendants Harder Mechanical Contractors, Inc. is available on June
5 23, 2011 and is not opposed to this application. (Wallis Dec. ¶ 5) Counsel for Plaintiff
6 Linda Terrell ("Plaintiff") is also available on June 23, 2011 and has stated that they will
7 not oppose this application. Id. However, Plaintiff's counsel has requested that
8 Defendants file this *ex parte* application as they are not willing to sign a stipulation
9 moving the hearing date. Id. Therefore, all parties are available on the proposed hearing
10 date and no party opposes this request to move the hearing date on all pending motions
11 and the case management conference from the current date of June 9, 2011 at 2:00 p.m.
12 to June 23, 2011 at 2:00 p.m. Based on the foregoing, the court has good cause to move
13 the hearing date to June 23, 2011 at 2:00 p.m. as requested herein.

16 DATED: May 10, 2011      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

19 By: /s/ Leslie E. Wallis _____
    Lori A. Bowman
    Leslie E. Wallis
    Attorneys for Defendants FLUOR CONSTRUCTORS INTERNATIONAL, INC. and GENE ARCENEAUX

Terrell. Order re Ex Parte Application

3     Case No. CV 10-1080 CW
ORDER GRANTING EX PARTE APPLICATION MOVING HEARING DATE FOR PENDING MOTIONS
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND CMC FROM JUNE 9, 2011
TO JUNE 23, 2011

**ORDER**

Having considered the *ex parte* application of Defendants Fluor Constructors International, Inc. and Gene Arceneaux for an order moving all pending motions and the case management conference currently set for hearing on June 9, 2011 to June 23, 2011, and finding good cause therefore,

IT IS HEREBY ORDERED that all pending motions for summary judgment or partial summary judgment currently set to be heard on June 9, 2011 and the case management conference will now be heard on June 23, 2011 at 2:00 p.m.  This order does not change the briefing schedule set by the Court in its May 6, 2011 Order.  Docket No. 119.

Dated: May 10, 2011

_____
Judge Claudia A. Wilken

Terrell. Order re Ex Parte Application