KAUFMAN DOLOWICH VOLUCK & GONZO LLP
ELIZABETH WILLIAMS, ESQ. SBN 92374
ewilliams@kdvglaw.com
PAMELA E. WOODSIDE, ESQ. SBN 226212
pwoodside@kdvglaw.com
WENLEI H. JOHNSON, ESQ. SBN 240682
wjohnson@kdvglaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Defendant
HARDER MECHANICAL CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA TERRELL,<br><br>Plaintiff,<br><br>vs.<br><br>HARDER MECHANICAL CONTRACTORS INC., a corporation, FLUOR CONSTRUCTION, a corporation, and GENE ARCENEAUX, an individual,<br><br>Defendants. | Case No.: CV 10 1080 CW<br><br>ACTION FILED: March 12, 2010<br>TRIAL DATE: October 3, 2011<br><br>**NON-OPPOSITION TO DEFENDANT GENE ARCENEAUX'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF HARDER MECHANICAL CONTRACTORS, INC.'S CROSS CLAIM, PURSUANT TO STIPULATION OF THE PARTIES** |

Now comes Defendant HARDER MECHANICAL CONTRACTORS, INC., in response to Defendant GENE ARCENEAUX's Motion for Partial Summary Judgment, and based on the Stipulation and [Proposed] Order Amending and Dismissing Defendant Harder's Cross-Claim Against Defendant Arceneaux, filed herewith, advises this Court that it will not oppose Defendant Arceneaux's Motion for Partial Summary Judgment. Defendant HARDER MECHANICAL CONTRACTORS, INC. does not intend to argue the Motion for Partial Summary Judgment, set for hearing on June 23, 2011, and pursuant to Stipulation and

1  [Proposed] Order Amending and Dismissing Defendant Harder's Cross-Claim Against
2  Defendant Arceneaux, filed herewith, agrees to the vacating of said hearing date on this motion.

DATED: 5/12/11                KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_____
Elizabeth Williams
Pamela E. Woodside
Wenlei H. Johnson
Attorneys for Defendant
HARDER MECHANICAL CONTRACTORS, INC.

4848-4933-5561, v. 1

```
KAUFMAN DOLOWICH VOLUCK & GONZO LLP
ELIZABETH WILLIAMS, ESQ. SBN 92374
ewilliams@kdvglaw.com
PAMELA E. WOODSIDE, ESQ. SBN 226212
pwoodside@kdvglaw.com
WENLEI H. JOHNSON, ESQ. SBN 240682
wjohnson@kdvglaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile:  (415) 402-0679
```

Attorneys for Defendant
HARDER MECHANICAL CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA TERRELL,<br><br>  Plaintiff,<br><br>vs.<br><br>HARDER MECHANICAL CONTRACTORS INC., a corporation, FLUOR CONSTRUCTION, a corporation, and GENE ARCENEAUX, an individual,<br><br>  Defendants. | Case No.: CV 10 1080 CW<br><br>ACTION FILED: March 12, 2010<br>TRIAL DATE:     October 3, 2011<br><br>**STIPULATION AND ORDER AMENDING AND DISMISSING DEFENDANT HARDER'S CROSS-CLAIM AGAINST DEFENDANT ARCENEAUX; FRCP 41(a)(2))** |

    1.    Defendant HARDER MECHANICAL CONTRACTORS, INC. and Defendant GENE ARCENEAUX, through their attorneys of record, hereby stipulate as follows:

    2.    Defendant GENE ARCENEAUX hereby withdraws his Motion for Partial Summary Judgment of Harder Mechanical Contractors, Inc.'s Cross Claim, filed on April 28, 2011.

    3.    Defendant HARDER MECHANICAL CONTRACTORS, INC. hereby provides the following clarifications and requests the dismissal as indicated in paragraph 5 below of its

1  Cross-Claim against Defendant Gene Arceneaux ("Harder's Cross-Claim"), originally filed with
2  this court on May 24, 2010:
3      4.    Defendant Harder's Cross-Claim is asserted against Defendant Arceneaux with
4  respect to the following causes of action of Plaintiff's Complaint for Damages: (1) Assault, (2)
5  Battery; (3) Sexual Harassment – FEHA; and (10) Sexual Battery. Otherwise, Defendant
6  Harder does not seek indemnification and/or contribution from Defendant Arceneaux in relation
7  to any other causes of actions within Plaintiff's Complaint for Damages.
8      5.    Harder and Arceneaux hereby stipulate through their designated counsel pursuant
9  to FRCP 41(a)(2) and 41(c) that the court enter an order dismissing the indemnity and/or
10 contribution claim against Defendant Gene Arceneaux with prejudice relating to (1) all Title VII
11 claims, including but not limited to Plaintiff's claim for sexual harassment under Title VII; (2)
12 Plaintiff's discrimination and retaliation claims under the Fair Employment and Housing Act
13 ("FEHA") alleged in the Complaint and (3) Plaintiff's claims for failure to prevent harassment
14 and discrimination. Harder and Arceneaux shall bear their own fees and costs with respect to
15 those claims being dismissed.
16     6.    Based on the dismissal of theses claim, Defendants do not intend to argue the
17 Motion for Partial Summary Judgment, set for hearing on June 23, 2011, and agree that the
18 hearing date on this motion may be vacated

DATED: May 12, 2011    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_/s/ Leslie Wallis_
Lori A. Bowman
Leslie E. Wallis
Attorneys for Defendant
GENE ARCENEAUX

DATED: May 12, 2011    KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_/s/_
Elizabeth Williams
Pamela E. Woodside
Wehlei H. Johnson
Attorneys for Defendant
HARDER MECHANICAL CONTRACTORS, INC.

STIPULATION

PAGE 2
CASE NO. CV 101080 EMC

# ORDER

Having considered the stipulation between Defendants Harder Mechanical Contractors, Inc. and Gene Arceneaux, and finding good cause therefore;

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c) that Harder's cross claim for indemnity and/or contribution against Defendant Gene Arceneaux is dismissed with prejudice relating to (1) all Title VII claims, including but not limited to Plaintiff's claim for sexual harassment under Title VII; (2) Plaintiff's discrimination and retaliation claims under the Fair Employment and Housing Act ("FEHA") alleged in the Complaint and (3) Plaintiff's claims for failure to prevent harassment and discrimination. Harder and Arceneaux shall bear their own fees and costs with respect to those claims being dismissed.

Dated:  5/19/2011

_____
Honorable Claudia J. Wilken

4836-0290-5865, v. 1

10271639.1 (OGLETREE)