IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>          Plaintiff,<br><br>     v.<br><br>HARDER MECHANICAL CONTRACTORS, INC., a corporation; FLUOR CONSTRUCTION, a corporation; and GENE ARCENEAUX, an individual,<br><br>          Defendants.<br>_____/ | No. C 10-01080 CW<br><br>ORDER DENYING EX PARTE APPLICATION TO EXTEND DEADLINE FOR DISCLOSURE OF REBUTTAL EXPERTS AND REPORTS<br>(Docket No. 133) |

   Having considered the application submitted by Defendant Harder Mechanical Contractors, Inc. (Harder Mechanical), and Plaintiff Linda Terrell's opposition, the Court DENIES the request to extend the deadline for the disclosure of rebuttal experts and their reports.  The Court also notes that the use of an ex parte motion for this purpose was improper.  See Civil L.R. 6-3, 7-10 & 7-11.

   IT IS SO ORDERED.

Dated: 5/24/2011

CLAUDIA WILKEN
United States District Judge