1  LORI A. BOWMAN CA Bar No. 114664
   lori.bowman@ogletreedeakins.com
2  LESLIE E. WALLIS CA Bar No. 128435
   leslie.wallis@ogletreedeakins.com
3  ALEX SANTANA Bar No. 252934
   alex.santana@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
5  Los Angeles, CA  90071
   Telephone:     213.239.9800
6  Facsimile:     213.239.9045

7  Attorneys for Defendants
   FLUOR CONSTRUCTORS INTERNATIONAL, INC.
8  and GENE ARCENEAUX

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12 LINDA TERRELL                          Case No. CV 10-1080 CW (DMR)

13           Plaintiff,                   **STIPULATED REQUEST AND
                                          [PROPOSED] ORDER EXTENDING
14      v.                                TIME TO FILE MOTION TO COMPEL
                                          DISCOVERY**
15 HARDER MECHANICAL CONTRACTORS
   INC, a corporation, FLOUR             Complaint Filed:  March 12, 2010
16 CONSTRUCTION, an corporation, and GENE Trial Date:        October 3, 2011
   ARCENEAUX, an individual,             Judge:             Hon. Claudia Wilken
17                                                           (Ctrm. 2, 4th Floor, Oakland)
            Defendants.
18

19

20      WHEREAS, pursuant to Northern District of California Civil Local Rule 37-3,  the last

21 day for a party to the above-referenced action to file a motion to compel discovery is June 9,

22 2011; and

23      WHEREAS, Plaintiff has not responded to Defendant Fluor Constructors International,

24 Inc.'s ("FCII") Special Interrogatories to Linda Terrell, Set Three or to Defendant Gene

25 Arceneaux's Special Interrogatories to Linda Terrell, Set One; and

26      WHEREAS, pursuant to the Federal Rules of Civil Procedure, Plaintiff's last day to serve

27 answers and objections to Defendants FCII's and Arceneaux's Special Interrogatories was May

28 9, 2011; and

10390682_1.DOC

1    WHEREAS, all Defendants, including Harder Mechanical Contractors, Inc. ("Harder"),

2    are meeting and conferring with Plaintiff on various discovery issues that will be submitted to

3    Magistrate Judge Ryu on June 8, 2011; and

4    WHEREAS, Plaintiff requested that Defendants FCII and Arceneaux delay filing a letter

5    brief with Magistrate Judge Ryu seeking relief from Plaintiff's failure to respond to Defendants

6    FCII's and Arceneaux's Special Interrogatories; and

7    WHEREAS, although no extension has been granted, Plaintiff has stated that she will

8    respond to Defendants FCII's and Arceneaux's Special Interrogatories on June 8, 2011; and

9    WHEREAS, the parties wish to extend the date for filing a motion to compel discovery

10   concerning Defendants FCII's and Arceneaux's Special Interrogatories so that Defendants may

11   review Plaintiff's responses before presenting this issue to Magistrate Judge Ryu; and

12   WHEREAS, the parties have agreed to extend the last date for FCII and Arceneaux

13   compel discovery concerning Plaintiff's responses to FCII's and Arceneaux's Special

14   Interrogatories from June 9, 2011 to June 23, 2011; and

15   The parties are not requesting that any other dates in this matter be extended at this time.

16   NOW, THEREFORE, Plaintiff Linda Terrell and defendants Harder Mechanical

17   Contractors, Inc., Fluor Constructors International, Inc., and Gene Arceneaux, through their

18   respective counsel and pursuant to Local Rule 6-2, agree to the following schedule with respect

19   to expert discovery:

20   1.    The last date for Defendant FCII to compel further discovery concerning FCII's

21         Special Interrogatories to Plaintiff, Set Three, shall be June 23, 2011;

22   2.    The last date for Defendant Gene Arceneaux to compel further discovery

23         concerning Arceneaux's Special Interrogatories to Plaintiff, Set One, shall be June

24         23, 2011.

25   IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

26

27

28

10390682_1.DOC

1    DATED: June 6, 2011                    MURRAY & ASSOCIATES

2

3

4                                           By: _____
                                               Lawrence D. Murray
5                                              John F. Henning III
                                               Attorneys for Plaintiff Linda Terrell
6

7    DATED: June 6, 2011                    OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.
8

9

10                                          By: _____
                                               Lori A. Bowman
11                                             Leslie E. Wallis
                                               Attorneys for Defendants FLUOR
12                                             CONSTRUCTORS INTERNATIONAL,
                                               INC. and GENE ARCENEAUX
13

14   DATED: June 6, 2011                    KAUFMAN DOLOWICH VOLUCK &
                                            GONZO LLP
15

16

17

18                                          By: _____
                                               Elizabeth Williams
19                                             Pamela Woodside
                                               Attorneys for Defendant HARDER
20                                             MECHANICAL CONTRACTORS, INC.

21                                  ORDER

22        PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

23

24        Dated:   6/7/2011

25

26

27                                          Judge Claudia A. Wilken

28                                          Case No. CV 10-1080
                                                                     CW
                               3

10390682_1.DOC

cc: DMR