**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   TERRELL,                              No. C-10-01080 CW (DMR)

11          Plaintiff,                     **ORDER TO MEET AND CONFER RE
                                           DISCOVERY DISPUTES**
12          v.

13   HARDER MECHANICAL CONTRACTORS
     INC ET AL,
14
            Defendants.
15
     _____/
16

17          The Court is in receipt of the following submissions from the parties regarding discovery

18   disputes: the parties' June 9, 2011 joint letter (Docket No. 143), Plaintiff Linda Terrell's June 9,

19   2011 letter (Docket No. 144), Defendants Fluor Construction, Gene Arceneaux and Harder

20   Mechanical Contractors, Inc.'s June 9, 2011 letter (Docket No. 145) and Plaintiff's June 10, 2011

21   response thereto (Docket No. 146).

22          With respect to the disputes described in Docket Nos. 144, 145, and 146, it appears that the

23   parties have not adequately engaged in thorough and meaningful meet and confer proceedings

24   regarding the issues presented in the letters, as required by this Court's February 22, 2011 Standing

25   Order.  Therefore, the parties are ordered to meet and confer regarding the disputes in compliance

26   with the Standing Order.  If any disputes remain after the parties have met and conferred, the parties

27   shall submit the dispute to the Court for resolution pursuant to the joint letter procedure described in

28   the Standing Order **by no later than June 23, 2011.**  Regarding the issue presented in Plaintiff's

**United States District Court**
For the Northern District of California

1    June 9 letter (Docket No. 144), any joint letter regarding this dispute may not exceed five (5) pages.

2    Regarding the issues presented in Defendants' June 9 letter and Plaintiff's June 10 response thereto

3    (Docket Nos. 145 and 146), any joint letter regarding these disputes may not exceed ten (10) pages.

4    The Court notes that the parties' continued failure to follow the Court's Standing Order shall result

5    in sanctions.

6          IT IS SO ORDERED.

7    Dated: June 13, 2011

8

9    DONNA M. RYU
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2