UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>HARDER MECHANICAL CONTRACTORS INC ET AL,<br><br>        Defendant.<br>_____/ | No. C-10-01080 CW (DMR)<br><br>**ORDER RE PLAINTIFF'S REQUEST TO EXCLUDE DEFENDANT'S EXPERT** |

    The Court is in receipt of the parties' joint letter brief regarding Plaintiff Linda Terrell's request to exclude one of Defendant Fluor Constructors International, Inc.'s experts at trial pursuant to Federal Rule of Evidence 403. *See* Docket No. 143. As this request goes beyond the scope of Judge Wilken's referral of all discovery motions to the undersigned, the request is hereby DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated: June 15, 2011

                                                DONNA M. RYU<br>                                                United States Magistrate Judge