IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>Plaintiff,<br><br>     vs.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLUOR CONSTRUCTION, a corporation, and GENE ARCENEAUX, an individual<br><br>Defendants. | No. C 10-01080 CW<br><br>ORDER ON EX PARTE APPLICATION OF PLAINTIFF LINDA TERRELL TO SUBMIT RECENTLY OBTAINED EVIDENCE |

     The application will be addressed at the hearing on the motion.

     IT IS SO ORDERED.


Dated: **6/21/2011**                          _____
                                              CLAUDIA WILKEN
                                              United States District Judge