UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>HARDER MECHANICAL CONTRACTORS INC ET AL,<br><br>        Defendants.<br>_____/ | No. C-10-01080 CW (DMR)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

In light of the full settlement and conditional dismissal of this matter, the Order to Show Cause dated July 6, 2011 [Docket No. 165] is discharged. The parties need not file a response.

IT IS SO ORDERED.

Dated: July 12, 2011

_____
DONNA M. RYU
United States Magistrate Judge