1  LAWRENCE D. MURRAY, CA Bar No. 77536
   daydrmn@aol.com
2  MURRAY & ASSOCIATES
   1781 Union Street
3  San Francisco, CA 94123
   Telephone:    415-673-0555
4  Facsimile:    415-928-4084

5  Attorney for Plaintiff
   LINDA TERRELL
6

7  [Additional counsel on following page]

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 LINDA TERRELL                          Case No. CV 10-1080 CW

13         Plaintiff,                     STIPULATION AND ORDER  DISMISSING
                                          PLAINTIFF'S CLAIMS AGAINST ALL
14    v.                                  DEFENDANTS AND DISMISSING
                                          DEFENDANT HARDER'S CROSS-CLAIM
15 HARDER MECHANICAL CONTRACTORS          FRCP 41(a)(2)) and 41(c)
   INC, a corporation, FLOUR
16 CONSTRUCTION, an corporation, and GENE Complaint Filed:  March 12, 2010
   ARCENEAUX, an individual,              Trial Date:      October 3, 2011
17                                        Judge:      Hon. Claudia Wilken
          Defendants.                                 (Ctrm. 2, 4th Floor, Oakland)
18                                        Mag. Judge: Hon. Donna M. Ryu
                                                      (Ctrm. 4, Oakland)
19

20

21

22

23

24

25

26

27

Stipulation
Dismissing All   28

1 [Additional Counsel]

2

3 ELIZABETH WILLIAMS, ESQ. CA Bar No. 92374
  ewilliams@kdvglaw.com
4 PAMELA E. WOODSIDE, ESQ. CA Bar No. 226212
  pwoodside@kdvglaw.com
5 WENLEI H. JOHNSON, ESQ. CA Bar No. 240682
  wjohnson@kdvglaw.com
6 KAUFMAN DOLOWICH VOLUCK & GONZO LLP
7 351 California Street, Suite 500
  San Francisco, CA 94104
8 Telephone: (415) 402-0059
  Facsimile:  (415) 402-0679

9 Attorneys for Defendant
10 HARDER MECHANICAL CONTRACTORS, INC

11 LORI A. BOWMAN CA Bar No. 114664
  lori.bowman@ogletreedeakins.com
12 LESLIE E. WALLIS CA Bar No. 128435
  leslie.wallis@ogletreedeakins.com
13 ALEX SANTANA CA Bar No. 252934
  alex.santana@ogletreedeakins.com
14 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
  400 South Hope Street, Suite 1200
15 Los Angeles, CA  90071
  Telephone:    213.239.9800
16 Facsimile:    213.239.9045

17 Attorneys for Defendants
  FLUOR CONSTRUCTORS INTERNATIONAL, INC.
18 and GENE ARCENEAUX

19

20

21

22

23

24

25

26

27

28

1                              Case No. CV 10-1080 CW

STIPULATION AND ORDER  DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND
DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel pursuant to FRCP 41(a)(2) that the entire above-captioned action by Plaintiff

3    Linda Terrell ("Plaintiff" or "Terrell") against all Defendants (Defendant Harder Mechanical,

4    Defendant Fluor Constructors International, Inc. and Defendant Gene Arceneaux) be and hereby

5    is dismissed with prejudice.

6    IT IS FURTHER STIPULATED by and between the parties to this action through their

7    designated counsel pursuant to FRCP 41(a)(2) and 41(c) that Defendant and Cross-Complainant

8    Harder Mechanical Contractors, Inc., cross complaint against Defendant and Cross Defendant

9    Gene Arceneaux is dismissed with prejudice.

10

11   DATED: August ___, 2011                      MURRAY & ASSOCIATES

12

13                                                By: _____

14                                                   Lawrence D. Murray
                                                     John F. Henning III
15                                                   Attorneys for Plaintiff Linda Terrell

16   DATED: August 16, 2011                       OGLETREE, DEAKINS, NASH, SMOAK &
                                                  STEWART, P.C.
17

18

19                                                By: _____

20                                                   Lori A. Bowman
                                                     Leslie E. Wallis
21                                                   Attorneys for Defendants FLUOR
                                                     CONSTRUCTORS INTERNATIONAL,
22                                                   INC. and GENE ARCENEAUX

23

24

25

26

27

28                                                           Case No. CV 10-1080
                                                                           CW
Stipulation
Dismissing All

                                            2
          STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND
             DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

1  
2  DATED: August 16, 2011

3

4

5  By:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By:
Elizabeth Williams
Pamela Woodside
Attorneys for Defendant HARDER
MECHANICAL CONTRACTORS, INC.

STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND
DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

1

2

**ORDER**

3      Having considered the stipulation between Plaintiff, Linda Terrell and Defendant and

4   Cross Complainant Harder Mechanical Contractors, Inc., Defendant Fluor Constructors

5   International, Inc., and Defendant and Cross-Defendant Gene Arceneaux, and finding good cause

6   therefore;

7      IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2)

8   and 41(c) that the entire above-referenced action, including Plaintiff's claims against all

9   Defendants and Cross Complainant Harder's cross claims against Defendant Gene Arceneaux, is

10  dismissed with prejudice.

11

12

13  Dated:   **8/19/2011**

14

15

16                           Judge Claudia A. Wilken

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation
Dismissing All

4

Case No. CV 10-1080
CW
STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND
DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)