LAWRENCE D. MURRAY, CA Bar No. 77536
daydrmn@aol.com
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Telephone: 415-673-0555
Facsimile: 415-928-4084

Attorney for Plaintiff
LINDA TERRELL

[Additional counsel on following page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TERRELL,<br><br>Plaintiff,<br><br>v.<br><br>HARDER MECHANICAL CONTRACTORS INC, a corporation, FLOUR CONSTRUCTION, an corporation, and GENE ARCENEAUX, an individual,<br><br>Defendants. | Case No. CV 10-1080 CW<br><br>STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(a)(2)) and 41(c)<br><br>Complaint Filed: March 12, 2010<br>Trial Date: October 3, 2011<br>Judge: Hon. Claudia Wilken<br>(Ctrm. 2, 4th Floor, Oakland)<br>Mag. Judge: Hon. Donna M. Ryu<br>(Ctrm. 4, Oakland) |

Stipulation Dismissing All

Case No. CV 10-1080 CW
STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

1  [Additional Counsel]
2
3  ELIZABETH WILLIAMS, ESQ. CA Bar No. 92374
   ewilliams@kdvglaw.com
4  PAMELA E. WOODSIDE, ESQ. CA Bar No. 226212
   pwoodside@kdvglaw.com
5  WENLEI H. JOHNSON, ESQ. CA Bar No. 240682
   wjohnson@kdvglaw.com
6  KAUFMAN DOLOWICH VOLUCK & GONZO LLP
7  351 California Street, Suite 500
   San Francisco, CA 94104
8  Telephone: (415) 402-0059
   Facsimile: (415) 402-0679
9
   Attorneys for Defendant
10 HARDER MECHANICAL CONTRACTORS, INC

11 LORI A. BOWMAN CA Bar No. 114664
   lori.bowman@ogletreedeakins.com
12 LESLIE E. WALLIS CA Bar No. 128435
   leslie.wallis@ogletreedeakins.com
13 ALEX SANTANA CA Bar No. 252934
   alex.santana@ogletreedeakins.com
14 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
15 Los Angeles, CA 90071
   Telephone:   213.239.9800
16 Facsimile:   213.239.9045

17 Attorneys for Defendants
   FLUOR CONSTRUCTORS INTERNATIONAL, INC.
18 and GENE ARCENEAUX

19
20
21
22
23
24
25
26
27
28

Stipulation
Dismissing All

                                            1                    Case No. CV 10-1080 CW
STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND
    DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel pursuant to FRCP 41(a)(2) that the entire above-captioned action by Plaintiff
3  Linda Terrell ("Plaintiff" or "Terrell") against all Defendants (Defendant Harder Mechanical,
4  Defendant Fluor Constructors International, Inc. and Defendant Gene Arceneaux) be and hereby
5  is dismissed with prejudice.

6  IT IS FURTHER STIPULATED by and between the parties to this action through their
7  designated counsel pursuant to FRCP 41(a)(2) and 41(c) that Defendant and Cross-Complainant
8  Harder Mechanical Contractors, Inc., cross complaint against Defendant and Cross Defendant
9  Gene Arceneaux is dismissed with prejudice.

11  DATED: August __, 2011                MURRAY & ASSOCIATES

                                          By: _____
                                          Lawrence D. Murray
                                          John P. Henning III
                                          Attorneys for Plaintiff Linda Terrell

16  DATED: August 16, 2011                OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.


                                          By: _____
                                          Lori A. Bowman
                                          Leslie E. Wallis
                                          Attorneys for Defendants FLUOR
                                          CONSTRUCTORS INTERNATIONAL,
                                          INC. and GENE ARCENEAUX

Stipulation
Dismissing All

Case No. CV 10-1080 CW
2
STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND
DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

DATED: August 16, 2011

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____
Elizabeth Williams
Pamela Woodside
Attorneys for Defendant HARDER
MECHANICAL CONTRACTORS, INC.

Stipulation
Dismissing All

Case No. CV 10-1080 CW

3

STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)

## ORDER

Having considered the stipulation between Plaintiff, Linda Terrell and Defendant and Cross Complainant Harder Mechanical Contractors, Inc., Defendant Fluor Constructors International, Inc., and Defendant and Cross-Defendant Gene Arceneaux, and finding good cause therefore;

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c) that the entire above-referenced action, including Plaintiff's claims against all Defendants and Cross Complainant Harder's cross claims against Defendant Gene Arceneaux, is dismissed with prejudice.

Dated: 8/19/2011

_____
Judge Claudia A. Wilken

Stipulation Dismissing All

4

Case No. CV 10-1080 CW
STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND DISMISSING DEFENDANT HARDER'S CROSS-CLAIM FRCP 41(A)(2)) AND 41(C)